UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MONROE L. HUGHES                                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 3:25-CV-353-DPJ-ASH

KEESHA MIDDLETON                                                    DEFENDANT

ORDER

On June 30, 2025, the Court entered an Order [7] granting pro se Plaintiff Monroe L. Hughes's Motion for Leave to Proceed in Forma Pauperis [6].  In that Order, the Court directed Hughes to complete, sign, and file Pro Se Form 15 by July 21, 2025.  Order [7].  When Hughes did not respond, the Court gave him a final opportunity to comply, setting a deadline of August 27, 2025.  Order [8].  Hughes did not respond, and the time to do so has passed.

The Fifth Circuit has held that district courts possess authority under Federal Rule of Civil Procedure 41(b) and under their inherent authority to dismiss an action for failure to prosecute and failure to comply with orders of the Court.  *See Larson v. Scott,* 157 F.3d 1030 (5th Cir. 1998) (citing *McCullough v. Lynaugh,* 835 F.2d 1126 (5th Cir. 1988)).  Such a "sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars" of the Court.  *Link v. Wabash R.R.*, 370 U.S. 626, 629-30 (1962).

The Court finds this action should be dismissed without prejudice for failure to comply with Court orders and failure to prosecute.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 3rd day of September, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE